No. 05–5339.  LERMA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–5622.  WINTERS v. UNITED STATES EX REL. A+ HOME-CARE, INC.  C. A. 6th Cir.  Certiorari denied.

No. 05–5689.  KNOX v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 05–5840.  LUNDIN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–6164.  WILKINSON v. VERMONT.  Sup. Ct. Vt.  Certiorari denied.

No. 05–6720.  TERESA T. ET AL. v. RAGAGLIA ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 05–6734.  BRINKLEY v. OHIO.  Ct. App. Ohio, Lucas County.  Certiorari denied.

No. 05–6735.  SUAREZ v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 05–6741.  JONES v. CATHEL, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 05–6743.  THREATT v. TREMBLE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 05–6744.  McCLOUD v. DEPPISCH, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 05–6748.  ALONZO v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 05–6749.  ALONZO v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 05–6750.  BUTLER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 05–6761.  HAGAN v. PURKETT, SUPERINTENDENT, EASTERN RECEPTION, DIAGNOSTIC AND CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.